The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRINCE RASHEED KAREEM,<br><br>Plaintiff,<br>v.<br><br>NORTH OLYMPIC HEALTHCARE NETWORK (NOHN); ZACHARY BIBB, DMD; and JOHN/JANE DOE DENTAL STAFF,<br><br>Defendants. | Case No. 3:26-cv-06263-DGE<br><br>UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT<br><br>Noted for Consideration:<br>October 20, 2026 |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

On or about December 1, 2025, Plaintiff Prince Rasheed Kareem filed a Complaint in the Clallam County Superior Court alleging that during the time period referenced therein, Defendant Dr. Zachary Bibb, DMD, NOHN, and an unnamed member of NOHN's staff, negligently provided medical care to Plaintiff, resulting in injury and damages. *See* Dkt. 1, Exh. 2. Because the alleged tortfeasors were a federally supported health center and/or federal employees, on October 13, 2026, the United States removed this case to federal court. *See* Dkts. 1-2.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendants' Answer to the Complaint is currently due October 20, 2026. As undersigned counsel was recently assigned this case and needs additional time to review the matter and discuss how to best proceed with the agency, Defendants move the Court to extend the deadline for the filing of Defendants' answer in this matter by sixty (60) days, making Defendants' answer due on December 21, 2026. On October 19, 2026, undersigned counsel communicated with *pro se* Plaintiff who indicated he is unopposed to Defendants' motion. A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). For the reasons set forth above, Defendants believe that there is good cause to modify the current deadline and respectfully request that the Court grant their motion.

DATED this 20th day of October, 2026.

Respectfully submitted,

*s/ S. Nicole Nardone*

S. NICOLE NARDONE, DC Bar #471871
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: nicole.nardone@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 245 words, in compliance with the Local Civil Rules.

**ORDER**

It is hereby ORDERED that Defendants' motion is GRANTED.

DATED this 26th day of October, 2026.

David G. Estudillo
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970